# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-2510

———————

American Cyanamid Company,       *
a Corporation,       *
       *
       Appellant,       *    Appeal from the United States
       *    District Court for the
       v.       *    Eastern District of Missouri.
       *
St. Louis University, a Corporation,       *    [UNPUBLISHED]
       *
       Appellee.       *

———————

Submitted: December 28, 1999
Filed: January 14, 2000

———————

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

———————

PER CURIAM.

American Cyanamid Company appeals from the district court's[1] adverse grant of summary judgment in its declaratory judgment action seeking to determine whether Mo. Rev. Stat. § 537.060 (1994) bars an action for contribution against Cyanamid by Saint Louis University. After de novo review, see Brown v. Home Ins. Co., 176 F.3d 1102, 1105 (8th Cir. 1999), we conclude the district court's judgment was proper for

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

the reasons stated in its thorough opinion.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.